IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEDRICK LASHON WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:18-CV-443-WKW |
| MONTGOMERY COUNTY ) | [WO] |
| JAIL, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 7, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to close this case.

DONE this 31st day of May, 2018.

                                              /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE